UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GARY D. ESHELLBRENNER and TRIA
ESHELLBRENNER,

JUDGMENT
04-CV- 1928 (SJ)

Plaintiffs,

-against-

MARCRIN J. RAPACZ and ROAND RUNNERS
EXPRESS, INC.,

Defendants.
-----------------------------------------------------------------X

An Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on July 29, 2005, dismissing the action without prejudice; and directing the Clerk of Court to enter a final judgment of dismissal; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that the action is dismissed without prejudice; and that a final judgment of dismissal is hereby entered.

Dated: Brooklyn, New York
August 01, 2005

ROBERT C. HEINEMANN
Clerk of Court